NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GRAYR POGOSYAN,**
*Petitioner*

**v.**

**DEPARTMENT OF HOMELAND SECURITY,**
*Respondent*

---

2017-1734

---

Petition for review of an arbitrator's decision in No. 171004-00014-A by Walter Kawecki, Jr.

---

## JUDGMENT

---

THOMAS TIERNEY, Norwalk, CT, argued for petitioner.

ISAAC B. ROSENBERG, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by CHAD A. READLER, ROBERT E. KIRSCHMAN, JR., CLAUDIA BURKE; PETER D. GREGORY, Office of the Chief Counsel, Commercial & Administrative Law Division, United States Citizenship and Immigration Services, Washington, DC.

————————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* O'MALLEY and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| August 16, 2017 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |